

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-15-00280-CR

Driss **NASSOURI,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2608
Honorable Steve Hilbig, Judge Presiding

# O R D E R

On May 16, 2016, this court issued its opinion and judgment in this appeal. On May 31, 2016, Appellant timely filed a motion for a thirty-day extension of time to file a motion for rehearing and motion for en banc reconsideration. *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

Appellant's motion for extension of time is GRANTED. Appellant's motions for rehearing and en banc reconsideration must be filed with this court by June 30, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court